In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00421-CV


 _____________________



HILTON W. YEE AND SADLER CLINIC ASSOCIATION, Appellants



V.



RON-MARIE JOHNSON, INDIVIDUALLY AND AS REPRESENTATIVE


OF THE ESTATE OF ANGELINA SULGROVE, JACK SULGROVE,


BEVERLY PAYNE, DWIGHT ALLEN SULGROVE, STEVEN SULGROVE,


AND GALE HERNANDEZ, Appellees







On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 08-11-10709-CV






MEMORANDUM OPINION



 Appellants Hilton W. Yee and Sadler Clinic Association, and appellees Ron-Marie
Johnson, Individually and as Representative of the Estate of Angelina Sulgrove, Jack
Sulgrove, Beverly Payne, Dwight Allen Sulgrove, Steven Sulgrove, and Gale Hernandez,
have filed a joint motion to dismiss this accelerated appeal. The motion is voluntarily made
by agreement of the parties prior to any decision of this Court. See Tex. R. App. P. 42.1(a). 
No other party filed notice of appeal. We grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.

 _________________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered December 3, 2009 

Before McKeithen, C.J., Gaultney and Kreger, JJ.